

**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| | | | Description | Current | YTD | Description | Amount |
|---|---|---|---|---|---|---|---|
| MICHAEL COVINGTON | | | GrossPay | 701.30 | 34993.22 | Total Earnings | 701.30 |
| 3581 DALE LN SW | | | Taxable | 608.31 | 30775.51 | -Total Taxes | 63.36 |
| ATLANTA,GA 30331 | | | Fed W/H | 3.62 | 1046.51 | -Total Ded | 542.99 |
| Pay Date | | 10/29/2021 | FICA | 49.75 | 2513.41 | +Total Reimb | 276.00 |
| Check # | | 00000000 | GA W/H | 9.99 | 811.05 | =Net Pay | 370.95 |
| Dept | | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | | COVM | 401 (K) | 42.08 | 2079.49 | Direct Deposit | 370.95 |
| SSN | | ***-**-6853 | Insurance | 50.91 | 2138.22 | Check Amount | 0.00 |

| Description | | | | Amount |
|---|---|---|---|---|
| PER DIEM | -276 | 1.0000 | | -276.00 |
| 2467189 MILE | 465 | 0.5500 | | 255.75 |
| 2469287 LAYOVER PAY | 1 | 50.0000 | | 50.00 |
| 2469287 MILE | 729 | 0.5500 | | 400.95 |
| 2470890 MILE | 492 | 0.5500 | | 270.60 |
| _EARN Totals | | | | 701.30 |
| 401K/6% | | 1.0000 | | 42.08 |
| CASH ADVANCES | | 1.0000 | | 40.00 |
| CASH ADVANCES | | 1.0000 | | 350.00 |
| CASH ADVANCES | | 1.0000 | | 60.00 |
| DENTAL INS - SINGLE | | 1.0000 | | 3.69 |
| HEALTH INS - SINGLE | | 1.0000 | | 44.00 |
| LIFE INSURANCE | | 1.0000 | | 1.40 |
| VISION INS - SINGLE | | 1.0000 | | 1.82 |
| DED Totals | | | | 542.99 |
| **** - 6165 | 1 | 1.0000 | | 370.95 |
| DirDep Totals | | | | 370.95 |
| Employer Match | | 1.0000 | | 28.05 |
| Match Totals | | | | 28.05 |
| DRIVER PER DIEM | | 1.0000 | | 276.00 |
| REIM Totals | | | | 276.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| | | | | | |
|---|---|---|---|---|---|
| MICHAEL COVINGTON | | Description | Current | YTD | Description | Amount |
| 3581 DALE LN SW | | GrossPay | 171.20 | 34291.92 | Total Earnings | 171.20 |
| ATLANTA,GA 30331 | | Taxable | 110.02 | 30167.20 | -Total Taxes | 9.21 |
| | | Fed W/H | 0.00 | 1042.89 | -Total Ded | 491.18 |
| Pay Date | 10/22/2021 | FICA | 9.21 | 2463.66 | +Total Reimb | 414.00 |
| Check # | 00000000 | GA W/H | 0.00 | 801.06 | =Net Pay | 84.81 |
| Dept | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | COVM | 401 (K) | 10.27 | 2037.41 | Direct Deposit | 84.81 |
| SSN | ***-**-6853 | Insurance | 50.91 | 2087.31 | Check Amount | 0.00 |

| Description | | | Amount |
|---|---|---|---|
| PER DIEM | -414 | 1.0000 | -414.00 |
| 2463397 MILE | 669 | 0.5500 | 367.95 |
| 2466436 MILE | 395 | 0.5500 | 217.25 |
| _EARN Totals | | | 171.20 |
| 401K/6% | | 1.0000 | 10.27 |
| CASH ADVANCES | | 1.0000 | 30.00 |
| CASH ADVANCES | | 1.0000 | 400.00 |
| DENTAL INS - SINGLE | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | 1.0000 | 44.00 |
| LIFE INSURANCE | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | 1.0000 | 1.82 |
| DED Totals | | | 491.18 |
| **** - 6165 | 1 | 1.0000 | 84.81 |
| DirDep Totals | | | 84.81 |
| Employer Match | | 1.0000 | 6.85 |
| Match Totals | | | 6.85 |
| DRIVER PER DIEM | | 1.0000 | 414.00 |
| REIM Totals | | | 414.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| | | Description | Current | YTD | Description | Amount |
|---|---|---|---|---|---|---|
| MICHAEL COVINGTON | | GrossPay | 1010.00 | 33174.27 | Total Earnings | 1010.00 |
| 3581 DALE LN SW | | Taxable | 898.49 | 29218.43 | -Total Taxes | 135.38 |
| ATLANTA,GA 30331 | | Fed W/H | 35.34 | 1014.72 | -Total Ded | 261.51 |
| Pay Date | 10/08/2021 | FICA | 73.37 | 2385.94 | +Total Reimb | 465.00 |
| Check # | 00000000 | GA W/H | 26.67 | 777.82 | =Net Pay | 1078.11 |
| Dept | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | COVM | 401 (K) | 60.60 | 1970.35 | Direct Deposit | 1078.11 |
| SSN | ***-**-6853 | Insurance | 50.91 | 1985.49 | Check Amount | 0.00 |

| Description | | | | Amount |
|---|---|---|---|---|
| PER DIEM | -465 | | 1.0000 | -465.00 |
| 2455805 MILE | 795 | | 0.5000 | 397.50 |
| 2458175 MILE | 438 | | 0.5000 | 219.00 |
| 2461797 MILE | 855 | | 0.5000 | 427.50 |
| 2462174 MILE | 862 | | 0.5000 | 431.00 |
| _EARN Totals | | | | 1010.00 |
| 401K/6% | | | 1.0000 | 60.60 |
| CASH ADVANCES | | | 1.0000 | 150.00 |
| DENTAL INS - SINGLE | | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | | 1.0000 | 44.00 |
| LIFE INSURANCE | | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | | 1.0000 | 1.82 |
| DED Totals | | | | 261.51 |
| **** - 6165 | | 1 | 1.0000 | 1078.11 |
| DirDep Totals | | | | 1078.11 |
| Employer Match | | | 1.0000 | 40.40 |
| Match Totals | | | | 40.40 |
| DRIVER PER DIEM | | | 1.0000 | 465.00 |
| REIM Totals | | | | 465.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| MICHAEL COVINGTON  3581 DALE LN SW  ATLANTA,GA 30331 | | Description | Current | YTD | Description | Amount |
|---|---|---|---|---|---|---|
| | | GrossPay | 964.50 | 32164.27 | Total Earnings | 964.50 |
| | | Taxable | 855.72 | 28319.94 | -Total Taxes | 124.31 |
| | | Fed W/H | 30.21 | 979.38 | -Total Ded | 388.78 |
| Pay Date | 10/01/2021 | FICA | 69.89 | 2312.57 | +Total Reimb | 527.00 |
| Check # | 00000000 | GA W/H | 24.21 | 751.15 | =Net Pay | 978.41 |
| Dept | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | COVM | 401 (K) | 57.87 | 1909.75 | Direct Deposit | 978.41 |
| SSN | ***-**-6853 | Insurance | 50.91 | 1934.58 | Check Amount | 0.00 |

| Description | | | Amount |
|---|---|---|---|
| PER DIEM | -462 | 1.0000 | -462.00 |
| 2458372 MILE | 584 | 0.5000 | 292.00 |
| 2458754 MILE | 670 | 0.5000 | 335.00 |
| 2460171 LAYOVER PAY | 1 | 100.0000 | 100.00 |
| 2460171 MILE | 272 | 0.5000 | 136.00 |
| 2462579 MILE | 1127 | 0.5000 | 563.50 |
| _EARN Totals | | | 964.50 |
| 401K/6% | | 1.0000 | 57.87 |
| CASH ADVANCES | | 1.0000 | 40.00 |
| CASH ADVANCES | | 1.0000 | 25.00 |
| CASH ADVANCES | | 1.0000 | 150.00 |
| CASH ADVANCES | | 1.0000 | 65.00 |
| DENTAL INS - SINGLE | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | 1.0000 | 44.00 |
| LIFE INSURANCE | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | 1.0000 | 1.82 |
| DED Totals | | | 388.78 |
| **** - 6165 | 1 | 1.0000 | 978.41 |
| DirDep Totals | | | 978.41 |
| Employer Match | | 1.0000 | 38.58 |
| Match Totals | | | 38.58 |
| DRIVER PER DIEM | | 1.0000 | 462.00 |
| LUMPER | | 1.0000 | 65.00 |
| REIM Totals | | | 527.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| MICHAEL COVINGTON  3581 DALE LN SW  ATLANTA, GA 30331 | | Description | Current | YTD | Description | Amount |
|---|---|---|---|---|---|---|
| | | GrossPay | 1073.50 | 31199.77 | Total Earnings | 1073.50 |
| | | Taxable | 958.18 | 27464.22 | -Total Taxes | 150.82 |
| | | Fed W/H | 42.50 | 949.17 | -Total Ded | 675.32 |
| Pay Date | 09/24/2021 | FICA | 78.22 | 2242.68 | +Total Reimb | 264.00 |
| Check # | 00000000 | GA W/H | 30.10 | 726.94 | =Net Pay | 511.36 |
| Dept | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | COVM | 401 (K) | 64.41 | 1851.88 | Direct Deposit | 511.36 |
| SSN | ***-**-6853 | Insurance | 50.91 | 1883.67 | Check Amount | 0.00 |

| Description | | | Amount |
|---|---|---|---|
| PER DIEM | -264 | 1.0000 | -264.00 |
| 2457330 MILE | 1020 | 0.5000 | 510.00 |
| 2459778 MILE | 996 | 0.5000 | 498.00 |
| 2460171 MILE | 659 | 0.5000 | 329.50 |
| _EARN Totals | | | 1073.50 |
| 401K/6% | | 1.0000 | 64.41 |
| CASH ADVANCES | | 1.0000 | 150.00 |
| CASH ADVANCES | | 1.0000 | 350.00 |
| CASH ADVANCES | | 1.0000 | 30.00 |
| CASH ADVANCES | | 1.0000 | 30.00 |
| DENTAL INS - SINGLE | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | 1.0000 | 44.00 |
| LIFE INSURANCE | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | 1.0000 | 1.82 |
| DED Totals | | | 675.32 |
| **** - 6165 | 1 | 1.0000 | 511.36 |
| DirDep Totals | | | 511.36 |
| Employer Match | | 1.0000 | 42.94 |
| Match Totals | | | 42.94 |
| DRIVER PER DIEM | | 1.0000 | 264.00 |
| REIM Totals | | | 264.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| MICHAEL COVINGTON<br>3581 DALE LN SW<br>ATLANTA,GA 30331 | | Description | Current | YTD | Description | Amount |
|---|---|---|---:|---:|---|---:|
| | | GrossPay | 148.00 | 30126.27 | Total Earnings | 148.00 |
| | | Taxable | 88.21 | 26506.04 | -Total Taxes | 7.43 |
| | | Fed W/H | 0.00 | 906.67 | -Total Ded | 59.79 |
| Pay Date | 09/17/2021 | FICA | 7.43 | 2164.46 | +Total Reimb | 462.00 |
| Check # | 00000000 | GA W/H | 0.00 | 696.84 | =Net Pay | 542.78 |
| Dept | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | COVM | 401 (K) | 8.88 | 1787.47 | Direct Deposit | 542.78 |
| SSN | ***-**-6853 | Insurance | 50.91 | 1832.76 | Check Amount | 0.00 |

| Description | | | | Amount |
|---|---:|---:|---:|---:|
| PER DIEM | -462 | | 1.0000 | -462.00 |
| 2452931 MILE | 155 | | 0.5000 | 77.50 |
| 2457998 MILE | 1065 | | 0.5000 | 532.50 |
| _EARN Totals | | | | 148.00 |
| 401K/6% | | | 1.0000 | 8.88 |
| DENTAL INS - SINGLE | | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | | 1.0000 | 44.00 |
| LIFE INSURANCE | | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | | 1.0000 | 1.82 |
| DED Totals | | | | 59.79 |
| **** - 6165 | 1 | | 1.0000 | 542.78 |
| DirDep Totals | | | | 542.78 |
| Employer Match | | | 1.0000 | 5.92 |
| Match Totals | | | | 5.92 |
| DRIVER PER DIEM | | | 1.0000 | 462.00 |
| REIM Totals | | | | 462.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| MICHAEL COVINGTON<br>3581 DALE LN SW<br>ATLANTA, GA 30331 | | Description | Current | YTD | Description | Amount |
|---|---|---|---|---|---|---|
| | | GrossPay | 148.00 | 30126.27 | Total Earnings | 148.00 |
| | | Taxable | 88.21 | 26506.04 | -Total Taxes | 7.43 |
| | | Fed W/H | 0.00 | 906.67 | -Total Ded | 59.79 |
| Pay Date | 09/17/2021 | FICA | 7.43 | 2164.46 | +Total Reimb | 462.00 |
| Check # | 00000000 | GA W/H | 0.00 | 696.84 | =Net Pay | 542.78 |
| Dept | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | COVM | 401 (K) | 8.88 | 1787.47 | Direct Deposit | 542.78 |
| SSN | ***-**-6853 | Insurance | 50.91 | 1832.76 | Check Amount | 0.00 |

| Description | | | Amount |
|---|---|---|---|
| PER DIEM | -462 | 1.0000 | -462.00 |
| 2452931 MILE | 155 | 0.5000 | 77.50 |
| 2457998 MILE | 1065 | 0.5000 | 532.50 |
| _EARN Totals | | | 148.00 |
| 401K/6% | | 1.0000 | 8.88 |
| DENTAL INS - SINGLE | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | 1.0000 | 44.00 |
| LIFE INSURANCE | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | 1.0000 | 1.82 |
| DED Totals | | | 59.79 |
| **** - 6165 | 1 | 1.0000 | 542.78 |
| DirDep Totals | | | 542.78 |
| Employer Match | | 1.0000 | 5.92 |
| Match Totals | | | 5.92 |
| DRIVER PER DIEM | | 1.0000 | 462.00 |
| REIM Totals | | | 462.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| | | | Description | Current | YTD | Description | Amount |
|---|---|---|---|---|---|---|---|
| MICHAEL COVINGTON | | | GrossPay | 978.50 | 29978.27 | Total Earnings | 978.50 |
| 3581 DALE LN SW | | | Taxable | 868.88 | 26417.83 | -Total Taxes | 127.71 |
| ATLANTA,GA 30331 | | | Fed W/H | 31.78 | 906.67 | -Total Ded | 259.62 |
| Pay Date | | 09/10/2021 | FICA | 70.96 | 2157.03 | +Total Reimb | 462.00 |
| Check # | | 00000000 | GA W/H | 24.97 | 696.84 | =Net Pay | 1053.17 |
| Dept | | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | | COVM | 401 (K) | 58.71 | 1778.59 | Direct Deposit | 1053.17 |
| SSN | | ***-**-6853 | Insurance | 50.91 | 1781.85 | Check Amount | 0.00 |

| Description | | | Amount |
|---|---|---|---|
| PER DIEM | -462 | 1.0000 | -462.00 |
| 2455197 MILE | 587 | 0.5000 | 293.50 |
| 2456549 MILE | 246 | 0.5000 | 123.00 |
| 2456549 STOP/PICKUP | 1 | 10.0000 | 10.00 |
| 2456822 MILE | 1127 | 0.5000 | 563.50 |
| 2457689 MILE | 901 | 0.5000 | 450.50 |
| _EARN Totals | | | 978.50 |
| 401K/6% | | 1.0000 | 58.71 |
| CASH ADVANCES | | 1.0000 | 150.00 |
| DENTAL INS - SINGLE | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | 1.0000 | 44.00 |
| LIFE INSURANCE | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | 1.0000 | 1.82 |
| DED Totals | | | 259.62 |
| **** - 6165 | 1 | 1.0000 | 1053.17 |
| DirDep Totals | | | 1053.17 |
| Employer Match | | 1.0000 | 39.14 |
| Match Totals | | | 39.14 |
| DRIVER PER DIEM | | 1.0000 | 462.00 |
| REIM Totals | | | 462.00 |



**Wiley Sanders Truck Lines, Inc.**

P.O. Drawer 707

Troy, AL 36081

**Powered By:**



| | | Description | Current | YTD | Description | Amount |
|---|---|---|---|---|---|---|
| MICHAEL COVINGTON | | GrossPay | 1135.00 | 28999.77 | Total Earnings | 1135.00 |
| 3581 DALE LN SW | | Taxable | 1015.99 | 25548.95 | -Total Taxes | 165.81 |
| ATLANTA,GA 30331 | | Fed W/H | 49.44 | 874.89 | -Total Ded | 119.01 |
| Pay Date | 09/03/2021 | FICA | 82.94 | 2086.07 | +Total Reimb | 462.00 |
| Check # | 00000000 | GA W/H | 33.43 | 671.87 | =Net Pay | 1312.18 |
| Dept | DRVR | SDI | 0.00 | 0.00 | Wired | 0.00 |
| Employee Number | COVM | 401 (K) | 68.10 | 1719.88 | Direct Deposit | 1312.18 |
| SSN | ***-**-6853 | Insurance | 50.91 | 1730.94 | Check Amount | 0.00 |

| Description | | | Amount |
|---|---|---|---|
| PER DIEM | -462 | 1.0000 | -462.00 |
| 2448663 MILE | 440 | 0.5000 | 220.00 |
| 2448728 MILE | 456 | 0.5000 | 228.00 |
| 2453681 MILE | 879 | 0.5000 | 439.50 |
| 2454801 MILE | 514 | 0.5000 | 257.00 |
| 2455340 MILE | 691 | 0.5000 | 345.50 |
| 2455636 MILE | 214 | 0.5000 | 107.00 |
| _EARN Totals | | | 1135.00 |
| 401K/6% | | 1.0000 | 68.10 |
| DENTAL INS - SINGLE | | 1.0000 | 3.69 |
| HEALTH INS - SINGLE | | 1.0000 | 44.00 |
| LIFE INSURANCE | | 1.0000 | 1.40 |
| VISION INS - SINGLE | | 1.0000 | 1.82 |
| DED Totals | | | 119.01 |
| **** - 6165 | 1 | 1.0000 | 1312.18 |
| DirDep Totals | | | 1312.18 |
| Employer Match | | 1.0000 | 45.40 |
| Match Totals | | | 45.40 |
| DRIVER PER DIEM | | 1.0000 | 462.00 |
| REIM Totals | | | 462.00 |